| AUSA: | Turkelson | Telephone: | (810) 766-5177 |
|---|---|---|---|
| Special Agent: | Sutara, ATF | Telephone: | (810) 341-5710 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

   v.

Donald Ray Carson,

Case No.    4:24-mj-30002
Judge: Ivy, Curtis
Filed: 01-02-2024

## CRIMINAL COMPLAINT

    I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

    On or about the date(s) of _____ December 16, 2023 _____ in the county of _____ Genesee _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(u) | Theft from a federally licensed firearm dealer |
| 18 U.S.C. § 922 (j) | Possession of stolen firearms |

This criminal complaint is based on these facts:
**Please see affidavit**

☑ Continued on the attached sheet.

_____
Complainant's signature

Nathan Sutara, Special Agent, ATF
_____
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: _January 2, 2024_

City and state: _Flint, MI_

_____
Judge's signature

Hon. Curtis Ivy, Jr., United States Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

I, Nathan Sutara, being first duly sworn, hereby depose and state that the following is true and correct to the best of my knowledge and belief and that this affidavit is based on the following facts:

## INTRODUCTION AND AGENT BACKGROUND

1.     I have been employed as a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2018. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. As an ATF agent, I am tasked with investigating criminal violations involving firearms, narcotics and violent crime offenses including violations of Title 18 and Title 21 of the United States Code. Before working with ATF, I was employed by the Michigan Department of State Police (MSP) for approximately five years. I held several positions with MSP, including Detective/Trooper with the Major Case Unit in Saginaw, Michigan. During this employment, I investigated numerous incidents involving violations of state and federal firearms laws, robberies, shootings, and homicides, as well as narcotics trafficking.

2.     I make this affidavit based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and

1

circumstances described herein, review of documents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.      Based on the facts below, there is probable cause that on December 16, 2023, Donald Ray Carson violated 18 U.S.C. § 922(u) (theft from a federally licensed firearm dealer) and 18 U.S.C. § 922(j) (possession of stolen firearms).

## **BACKGROUND**

4.      On December 18, 2023, ATF was notified that Dunham's Sports in Burton, Michigan had a burglary on December 16, 2023, at approximately 12:20am.

5.       Based on my experience, I am aware that Dunham's is a federally licensed firearms dealer.

6.      I went to Dunham's Sports and spoke with the store manager. She told me 25 pistols were stolen, and provided me a list of stolen firearms, as well as their retail value. She also provided video surveillance from the burglary and from days leading up to the burglary.

7.      I reviewed the video from the burglary. It showed five suspects all wearing masks broke through a window at the front of the store. The suspects bypassed the metal security gate and entered the store. They went to a specific pistol

2

case which was closed and locked. The suspects used wrench to break the glass case. The five suspects took firearms and put them into bags. The suspects then left the store and went eastbound away from Dunham's.

8.      S/A Bowling began reviewing video surveillance from the days leading up to the incident. In the video from December 15, 2023 (the day before the burglary), S/A Bowling observed two men enter the store at approximately 3:30 pm. The men went to the firearms section and spoke with Dunham's employees. (See below).



9.      S/A Bowling observed the individual in the red coat had a significant limp and is "bow-legged." (See below)



10. On December 21, 2023, other ATF agents spoke with Brandon Moore. ATF agents had previously received information from a confidential source that Moore, who has prior felony convictions, was trying to sell pistols that appeared to be stolen from Dunham's. During the interview, Moore stated that he did not participate in the burglary, but that he knew who did it. Moore said he was "set up tip on the middleman shit." From my training and experience this means that Moore was going to attempt to sell the stolen firearms from Dunham's as a middleman. Moore added that he wanted "a couple extra dollars because its Christmas time." During the interview, S/A Hurt asked Moore who did the break-in. Moore responded, "Jermain." Moore was unsure of Jermain's last name but described him as being "bow-legged." S/A Zylik showed Moore a photograph of Jermain Lemeer Williams. Moore identified Jermain Williams as the person who broke into the Dunham's with a bow-legged limp.

11.     During the investigation, ATF obtained surveillance footage from nearby businesses and residences. While reviewing surveillance video of nearby businesses, ATF located surveillance video of a white colored Pontiac Grand Prix, believed to be between a 2004-2008 model, which was driving away from Dunham's Sports store moments after the burglary. The Pontiac Grand Prix has the distinguishing features of; spare tire/donut on the front passenger tire, and a black in color antenna on the roof of the vehicle. The below photograph was taken from video footage at the Home Depot, located just north of the Dunham's Sports store:



12.     On December 21, 2023, Flint PD Officer Fowlkes located a vehicle matching the description of the Pontiac Grand Prix located in between 406 E

5

Marengo Ave and 414 E Marengo Ave, Flint, MI. The vehicle was parked on the edge of the property, on the grass, and blocking the sidewalk. See the below photograph:



13. FPD Officer Fowlkes looked through the car window and saw a box for a pistol laser on the rear-passenger seat floor.



14.     The box had a Dunham's Sports price tag.



15. As Officer Fowlkes was at the Grand Prix, a woman exited a nearby residence and said the vehicle belongs to Eben Gray. The woman continued saying Eben Gray has been "missing" since December 17, 2023.

16. Upon learning the name of the owner of this Pontiac Grand Prix, MSP TFO Monroe recalled that on December 17, 2023, Eben Gray was arrested by MSP Flint Troopers on several charges, including Carrying a Concealed Weapon, Felony Firearm, Possession of a Stolen Firearm, and Possession of a Machinegun (Glock Switch). The firearm was reported stolen out of Detroit, MI.

17. On December 22, 2023, S/As Hurt and I went to the Genesee County Jail where we conducted a custodial interview with Gray. Prior to the interview, Gray was advised his *Miranda* rights, verbatim, per the ATF issued Advice of Rights and Waiver Form, and Gray agreed to speak to us. During the interview Gray admitted he drove four other individuals in his Pontiac Grand Prix to the Dunham's Sports store for the burglary. Gray identified "Jermain" as one of the burglars. S/A Hurt then showed Gray a photograph of Jermain Williams. Gray positively identified Williams as one of the individuals that helped commit the burglary. Gray asked if the ATF had his (Gray's) picture too, to which S/A Hurt replied in the affirmative. Agents then showed him his picture from the Dunham's robbery. Gray laughed and agreed that he was the male wearing the same black hoodie with black pants both

8

the day prior and during the robbery.

18. During the interview, I showed Gray a picture of him and Jermain inside the Dunham's the day prior to the robbery. Jermain had on the same red coat he wore during the robbery and Gray advised he was at the Dunham's the day prior to get a "beam" (sight for a firearm) and Jermain was there to get "something," maybe a sight for his AR. I then provided still photographs from Dunham's surveillance to Gray. The first was Gray, wearing black pants, a black coat, and gloves, and he verified his photo of him being there saying, "That's me." I showed Gray a photo of the male (Jermain Williams) with the red coat and asked who it was. Gray laughed and responded, "I think that's Jermain."

19. Also during the interview with Gray, I asked him who else was involved. Gray identified D.M. (juvenile), an unidentified individual with the Facebook username, *Shelov Kap*, and a final individual with the Facebook username, *Headshot TK*. Gray did not know the actual names of the last two individuals, but described them as, "Jermain's people."

20. After this interview, S/A Hurt successfully identified *Shelov Kap* (B.G. -juvenile) and *Headshot TK*-Donald Ray Carson S/A Hurt also discovered Carson has several "street names," such as "TK," "Tank," "Headshot," among others.

9

21.     On December 27, 2023, I sought and obtained federal arrest warrants for Gray and Williams based on the above information. The warrants were authorized by United States Magistrate Judge Ivy, Jr and sworn to by me.

22.     After obtaining the arrest warrant for Williams, I began investigating possible addresses for him. I noted his listed address with the State of Michigan is 3** E Baltimore Blvd, Flint, MI.

23.     While looking further into Williams, I learned of an incident that occurred at Williams' residence of 3** E Baltimore Blvd, Flint, MI. On December 26, 2023, at approximately 2103hrs.  During that incident, Flint Police were dispatched to 321 E Baltimore Blvd reference a person with a gun call. Upon arrival, Flint Police observed several unidentified individuals running away through the backyard at 317 E Baltimore Blvd. As officers began searching the area, they located Jermain Williams hiding under a car at 310 E Baltimore Blvd. Williams was ultimately released at the end of the call.

24.     While still searching the area, Flint Police Officers located a black colored color backpack near the Northwest Corner of the residence 310 E Baltimore Blvd. When officers opened the backpack, they observed the following items:

- Sig Sauer, model P322, .22 caliber pistol, Green & Black in color, bearing S/N: 73A143585;

10

- This firearm was confirmed to be stolen from Dunham's Sports reference this investigation;

- A wallet, ID, Social Security card, and other identifying documents for Donald Ray Carson;

- Pharmaceutical medications;

- Twenty-five counterfeit $20 bills

25. It should be noted, Carson was not located by Flint PD during this call, and it was believed he was one of the individuals who fled from officers.

26. On December 28, 2023, ATF Flint Agents, FPD, MSP, and MDOC went to William's residence of 3** E Baltimore Blvd, Flint, MI to attempt and locate him on his warrant. It should be noted, William's mother is currently on probation through Genesee County, and is subject to search conditions at her residence (3** E Baltimore Blvd).

27. Upon arrival, police were provided both written and verbal consent to enter the home, and search it, by the homeowner. At that time, ATF located Williams and placed him in custody for his federal warrant.

28. During the search of the residence, ATF located three firearms all confirmed to be stolen from Dunham's during this incident. These firearms were located in a backpack belonging to Williams located in Williams' bedroom.

11

29.     Williams was then transported to the ATF Flint Field Office for an interview. Williams was advised his *Miranda* rights, at which time he agreed to speak with ATF.

30.     During this interview, Williams admitted he, Eben Gray, D.M. (juvenile), B.G. (juvenile) and Donald Ray Carson all broke into the Dunham's Sports and stole the firearms. Williams also positively identified Carson from a photograph displayed by S/A Hurt, as well as the Facebook username Carson is associated with. Williams added Gray drove his white Pontiac Grand Prix to 317 E Baltimore Blvd, Flint, MI the night of the burglary. Once at this residence, Williams, D.M., B.G., and Carson all got into the vehicle, and drove to Dunham's Sports for the burglary.

31.     After the burglary, Gray drove Williams, D.M., B.G., and Carson to an address within the Midway Square Townhomes where their cousin lives. Once at this residence, the Williams, D.M., B.G., and Carson stripped the trigger locks off the stolen firearms and discarded them into a dumpster.

32.     When asked about the incident at his residence that occurred on December 26, 2023, Williams admitted he and Carson ran from Flint PD. Further, Carson had his backpack, and knew it contained the stolen firearm. Carson threw the backpack to conceal it from police.

## CONCLUSION

33.     Based on the facts above, there is probable cause that on December 16, 2023, Donald Ray Carson violated 18 U.S.C. § 922(u) (theft from a federally licensed firearm dealer) and 18 U.S.C. § 922(j) (possession of stolen firearms).

Respectfully submitted,

_____

Nathan Sutara
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____

Hon. Curtis Ivy, Jr.
United States Magistrate Judge

13